O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEREK JONES,<br><br>　　　　　Petitioner,<br>　　vs.<br>LINDA SANDERS, Warden,<br><br>　　　　　Respondent. | ) Case No. CV 10-9352-GW (DTB)<br>)<br>)<br>) ORDER ACCEPTING FINDINGS,<br>) CONCLUSIONS AND<br>) RECOMMENDATIONS OF UNITED<br>) STATES MAGISTRATE JUDGE<br>)<br>)<br>) |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation have been filed herein. The Court concurs with and accepts the findings, conclusions and recommendations of the Magistrate Judge.

　　　　IT THEREFORE IS ORDERED that Judgment be entered granting the Motion to Dismiss and summarily dismissing this action without prejudice.

Dated: June 17, 2012

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　GEORGE H. WU
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE