JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEREK JONES, <br> Petitioner, <br> vs. <br> LINDA SANDERS, Warden, <br> Respondent. | Case No. CV 10-9352-GW (DTB) <br><br> **J U D G M E N T** |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed without prejudice.

Dated: June 17, 2012

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE